UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUE TAYLOR,
o/b/o D.T. a minor,

       Plaintiff,

                              Case No. 12-cv-14435

v.

                              Paul D. Borman
                              United States District Judge

COMMISSIONER OF
SOCIAL SECURITY,
                              Charles E. Binder
                              United States Magistrate Judge

               Defendant.

_____/

### OPINION AND ORDER
### (1)ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, (2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Dkt. No. 13), (3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, (Dkt. No. 9) AND AFFIRMING THE FINDINGS OF THE COMMISSIONER

       Before the Court is Magistrate Judge Charles E. Binder Report and Recommendation on Cross-Motions for Summary Judgment.  (Dkt. No. 14.)

       Having reviewed that Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. No. 14), **GRANTS** Defendant Commissioner of Social Security's Motion for Summary Judgment (Dkt. No. 13), and **DENIES** Plaintiff's Motion for Summary Judgment (Dkt. No. 9) and AFFIRMS the findings of the Commissioner.

**IT IS SO ORDERED.**

                              s/Paul D. Borman_____
                              PAUL D. BORMAN
                              UNITED STATES DISTRICT JUDGE

Dated:  December 13, 2013

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 13, 2013.

s/Deborah Tofil
Case Manager